

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2015

No. 04-15-00284-CR

Kenneth Allen **GOETZ,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7400W
Honorable Sid L. Harle, Judge Presiding

# O R D E R

Appellant's attorney has filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), as well as a motion to withdraw; however, the motion is not accompanied by an exhibit showing that counsel has:

- o notified appellant of the motion to withdraw and the accompanying *Anders* brief and provided appellant with a copy of each;

- o informed appellant of appellant's right to file a *pro se* response and of appellant's right to review the record prior to filing that response;

- o informed appellant of appellant's *pro se* right to seek discretionary review should the court of appeals declare appellant's appeal frivolous; or

- o notified appellant that, should appellant wish to exercise the right to review the appellate record in preparing to file a response to the *Anders* brief, appellant should immediately file a motion for *pro se* access to the appellate record with this court and provided appellant with a form motion for this purpose and a mailing address for this court.

*See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.).

It is therefore ORDERED that appellant's attorney file the requisite exhibit in this court **no later than 10 days from the date of this order**.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2015.

Keith E. Hottle
Clerk of